# Court of Appeals
# of the State of Georgia

ATLANTA,   June 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1962. MAXFLY AVIATION, INC. v. JOEL DEGRANDIS et al.**

Following the entry of judgment against it, Maxfly Aviation, Inc. moved to set aside the judgment under OCGA § 9-11-60 (d). The trial court denied the motion, and Maxfly filed this direct appeal. An appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *Conseco Finance Servicing Corp. v. Hill*, 252 Ga. App. 774, 780 (7) (556 SE2d 468) (2001). Maxfly's failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is accordingly DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 06/20/2012
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*